USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlton Knowles, On Behalf Of Himself And All Other Persons Similarly Situated,

              Plaintiff,

-against-

Hempvana, LLC,

              Defendant.

1:24-cv-09671 (DEH) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      This case has been assigned to the undersigned for general pretrial management. (Order, ECF No. 6.) The parties (or, if Defendant has not yet appeared, only the Plaintiff) are directed to appear for a telephone conference on Tuesday, April 1, 2025, at 2:30 p.m. to discuss the status of this action. Plaintiff shall be prepared to discuss efforts made to serve Defendant with the Complaint. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:     New York, New York
               March 18, 2025

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge