UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

HEMPVANA, LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-9671

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, HEMPVANA, LLC.

Dated:  New York, New York
          May 16, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: May 22, 2025
New York, New York